IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **LEROY ROSS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:15-CV-3580-L |
| § | |
| **D. COCKRELL, Assistant Warden,** § | |
| **et al.,** § | |
| § | |
| Defendants. § | |

## ORDER

Before the court is Plaintiff Lawrence Leroy Ross's ("Plaintiff") *pro se* Complaint, filed November 5, 2015. The case was referred to Magistrate Judge Paul D. Stickney for screening, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on February 16, 2016, recommending that the court dismiss Plaintiff's complaint as frivolous pursuant to 28 U.S.C. §§ 1915A & 1915(e)(2). No objections to the Report were filed.

Having reviewed the file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses with prejudice** Plaintiff's complaint as frivolous.

**It is so ordered** this 5th day of April, 2016.

_____
Sam A. Lindsay
United States District Judge

Order – Solo Page